STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2727
    Facsimile:  (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

### UNITED STATES DISTRICT COURT

#### FOR THE CENTRAL DISTRICT OF CALIFORNIA

##### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 15-2566 |
| Plaintiff, | ) VERIFIED COMPLAINT FOR ) FORFEITURE |
| v. | ) |
| $1,230,488.00 AS SUBSTITUTE RES, | ) [19 U.S.C. § 1595a; 16 U.S.C. ) § 2439;] |
| Defendant. | ) [N.O.A.A.] |

    The United States of America brings this claim against the defendant $1,230.488.00 as substitute res, and alleges as follows:

#### JURISDICTION AND VENUE

1.   The government brings this in rem forfeiture action pursuant to 19 U.S.C. § 1595a and 16 U.S.C. § 2439.

2.   This court has jurisdiction over the matter under 16 U.S.C. § 2440 and 28 U.S.C. §§ 1345 and 1355.

3.   Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4.   The plaintiff is the United States of America.

5.   The defendant is $1,230,488.00 (the "defendant funds").  The defendant funds represent the proceeds of the court-ordered sale of approximately 118,000 pounds of frozen toothfish seized on May 1, 2014 from the Port of Los Angeles, in Los Angeles County, California.

6.   The defendant funds are currently in the custody of the National Oceanic and Atmospheric Administration ("NOAA"), where they will remain subject to this Court's jurisdiction during the pendency of this action.

7.   The interests of Sedna Industries, Inc., the owner of the seized toothfish, may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

8.   Patagonian toothfish (Dissostichus eleginoides) is a long-lived, slow-growing, deep sea species of fish found along shelves and ledges adjacent to islands and landmasses in the Southern Ocean between South America, South Africa, Australia, New Zealand, and Antarctic waters. Along with its cousin, the Antarctic toothfish (Dissostichus mawsoni), this species is internationally regarded as amongst the most vulnerable to the

effects of over-fishing, due to its biological characteristics, and illegal harvest due to the high market demand for the fish, and the resultant high dockside prices. This conduct is described by the Food and Agricultural organization of the United Nations as "IUU": that is, Illegal, Unreported, and Unregulated Fishing.

9.    The United States is a Party to the Convention on the Conservation of Antarctic Marine Living Resources ("Convention"), which seeks to conserve Antarctic marine living resources, including toothfish. The Convention also established a Commission for the Conservation of Antarctic Marine Living Resources ("CCAMLR"), whose functions include formulation and adoption of Conservation Measures necessary for the fulfilment of the objectives of the Convention. These Measures are generally binding on all Members of CCAMLR, including the United States.

10.    In 2003, CCAMLR adopted Conservation Measure 10-05, which implements a catch documentation system for toothfish. The purpose of the documentation system is to track toothfish from harvest to country of final import for consumption so that CCAMLR members can determine if the fish was caught in a manner consistent with CCAMLR conservation measures and prevent the trade in IUU fish.  The United States implements the Convention, and the binding Conservation Measures adopted by CCAMLR, pursuant to 16 U.S.C. § 2436.

11.    Two Russian fishing vessels, the Sparta and the Ugulan, fished for Antarctic toothfish in the Ross Sea between December 26, 2013 and January 26, 2014.  The Sparta transshipped

approximately 25,000 kilograms of toothfish to the Ugulan on
February 8, 2014.  The Ugulan had already been carrying
approximately 27,000 kilograms of toothfish at the time the
toothfish were transshipped from the Sparta.  The Ugulan arrived
at the port of Lyttleton, New Zealand on or about February 10,
2014 with its cargo of approximately 118,000 pounds of
toothfish.

12.  The Ugulan was inspected by New Zealand officials on
February 11, 2014.  At no time were New Zealand officials
provided the completed Dissostichus Catch Document ("DCD") for
the toothfish, as required by the CCAMLR Catch Documentation
Scheme ("CDS").  As a result of the failure to comply with the
CCAMLR CDS, the toothfish were never officially landed in New
Zealand.  Because the toothfish were not officially landed, New
Zealand could not issue the Dissostichus export document
("DED"), as required by the CCAMLR CDS.

13.  Despite not having received the required DED from New
Zealand, the toothfish were shipped from New Zealand to the
United States onboard the HS Bizet.

14. No preapproval certification was obtained for import of
the shipment as required under the Antarctic Marine Living
Resources Conventions Act (Act) (16 U.S.C. § 2431, et seq.) and
its implementing regulations at 50 C.F.R. § 300.114.

15.  On May 1, 2014, the toothfish were seized upon import
for a violation of the Act.  Pursuant to 16 U.S.C. § 2435(2), it
is unlawful for any person to violate any regulation promulgated
under the Act.  The importation of the toothfish violated
several regulations promulgated under the Act including, but not

limited to, 50 C.F.R. §§ 300.107 (catch documentation), 300.114 (pre-approval for import), and 300.117 (importation without documentation or preapproval).

15.  On October 29, 2014, the United States District Court (CR Misc. No. 14-00581) ordered that the government be permitted to sell the seized toothfish and that any proceeds of the sale be deposited into the NOAA Suspense Account to await the final determination of forfeiture proceedings.  The proceeds were ordered held subject to the claims of parties in interest to the same extent as the seized toothfish would have been subject to such claims.

16.  On November 28, 2014, after a one-week online auction, the toothfish were sold for $1,230,488.00.

<u>CLAIM FOR RELIEF</u>

17.  Based on the above, plaintiff alleges that the defendant funds represent the proceeds of the sale of an Antarctic marine living resource (here, the toothfish) with respect to which an act prohibited by 16 U.S.C. § 2435 was committed, namely the violations of several regulations promulgated under the Act including, but not limited to, 50 C.F.R. §§ 300.107, 300.114, and 300.117.  The defendant funds are therefore subject to forfeiture pursuant to 16 U.S.C. § 2439.  In addition, the defendant funds represent the proceeds of the sale of merchandize (here, the toothfish) whose importation or entry required a license, permit, or other authorization of an agency of the United States Government and such merchandize was not accompanied by such license, permit, or

authorization.  The defendant funds are therefore subject to forfeiture pursuant to 19 U.S.C. § 1595a.

WHEREFORE, plaintiff United States of America prays that:

(a)  due process issue to enforce the forfeiture of the defendant funds;

(b)  due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  this Court decree forfeiture of the defendant funds to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: April 7, 2015           STEPHANIE YONEKURA
                               Acting United States Attorney
                               ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               /s/Jonathan Galatzan
                               JONATHAN GALATZAN
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America

6

1

VERIFICATION

2    I, Michelle Zetwo, hereby declare that:

3    1.    I am a Special Agent with the National Oceanic and

4  Atmospheric Association.

5    2.    I have read the above Complaint for Forfeiture and

6  know the contents thereof.

7    3.    The information contained in the Complaint is either

8  known to me personally or was furnished to me by official

9  government sources.  I am informed and believe that the

10 allegations set out in the Complaint are true.

11    I declare under penalty of perjury under the laws of the

12 United States that the foregoing is true and correct.

13    Executed on April 2, 2015 at ___San Diego___, California.

14

15

16                                        Michelle Zetwo

17

18

19

20

21

22

23

24

25

26

27

28

7