EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2727
    Facsimile:  (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  CV 15-2566 CAS (MRWx) |
| Plaintiff, | ) |
| vs. | ) ~~[PROPOSED]~~ |
| $1,230,488.00 AS SUBSTITUTE RES, | ) **JUDGMENT OF FORFEITURE** |
| Defendant. | ) |
| SEDNA INDUSTRIES, INC., | ) |
| Claimant. | ) |

On April 4, 2016, this Court entered an order in which it found that the defendant $1,230,488.00 as substitute res was

1

subject to forfeiture pursuant to 19 U.S.C. § 1595a and 16 U.S.C. § 2439. (Docket # 33.) By that order, Claimant Sedna Industries, Inc. was permitted to file a motion seeking to mitigate the forfeiture. (Docket # 33.) Following full briefing and a hearing on Claimant's motion, which was presented as a motion for summary judgment, this Court denied the motion on May 23, 2016, for the reasons stated in the minute order of that same date. (Docket # 40.)

The Court, therefore, **HEREBY ORDERS ADJUDGES AND DECREES**:

1.  The Government shall have judgment against the interests of Claimant Sedna Industries, Inc. and any other potential claimants to the defendant $1,230,488.00 as substitute res, which asset is hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein.  The government shall dispose of the forfeited asset according to law.

//

//

2.   The Court finds that there was reasonable cause for the May 1, 2014 seizure of the approximately 118,006 pounds of Patagonian toothfish at issue in this case and the institution of this action as to the defendant $1,230,488.00 as substitute res.   This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant $1,230,488.00 as substitute res.


DATED: <u>May 27, 2016</u>


<u>*Christine A. Snyde*</u>
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE



Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


<u>/s/Jonathan Galatzan</u>
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America